### TAYLOR et·al. *v.* BURKE et al.

Decision in *Hewitt* v. *Waterman*, 3 An. 716, affirmed.

APPEAL from the Fourth District Court of New Orleans, *Strawbridge, J. T. R. Wolfe,* for the plaintiffs. *Grymes, Kendall* and *Howard,* for the appellants. The judgment of the court (*King,* J. absent,) was pronounced by SLIDELL, J. This case involves the same question of law and fact as that of *Hewitt et al.* v. *Waterman et al.,* recently decided, 3 An. 716. The verdict of the jury is fully sustained by the evidence.

*Judgment affirmed.*